UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20947-CR-LENARD

UNITED STATES OF AMERICA

v.

ADRIAN MARINO,
HENRY TARRIO, JR., and
ROBERTO MARINO,

      **Defendants.**
_____/

**UNITED STATES'S MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)(2)(B)**

     Pursuant to Federal Rule of Criminal Procedure 35(b)(2)(B), the United States of America, by and through the undersigned Assistant United States Attorney, hereby moves for a sentence reduction in the above-named defendants' sentences in order to reflect their substantial assistance in the prosecution of others.  At the Rule 35 hearing, the United States will provide the Court with further information regarding the nature and quality of the defendants' cooperation and make a specific recommendation regarding an appropriate sentence reduction.

     WHEREFORE, the United States respectfully requests this Honorable Court to grant this motion for a reduction of sentence pursuant to Federal Rule of Criminal Procedure 35 following a hearing on this matter.

                                 Respectfully submitted,

                                 WIFREDO A. FERRER
                                 United States Attorney

                By:    s/ Vanessa Singh Johannes
                       Vanessa Singh Johannes
                       Assistant United States Attorney
                       Court No. A5501644
                       99 N.E. 4th Street, Suite 808
                       Miami, Florida 33132
                       Telephone: (305) 961-9023
                       E-mail: vanessa.s.johannes@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on April 2, 2014, I electronically filed the foregoing document, the United States's Motion for a Reduction of Sentence Pursuant to Fed. R. Crim. Proc. 35(b)(2)(B), with the Clerk of the Court using CM/ECF, and counsel for the defendants received a true and correct copy of said document via that manner.

s/ Vanessa Singh Johannes
Vanessa Singh Johannes
Assistant United States Attorney